IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS  CRIMINAL NO. 1:06cr74WJG-JMR-2

BRYAN HERBERT RODGERS
a/k/a Caesar Leo

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Mississippi hereby dismisses the Indictment in 1:06cr74WJG-JMR-2 against Defendant Bryan Herbert Rodgers a/k/a Caesar Leo, without prejudice.

DUNN LAMPTON
United States Attorney

By:   s/ John A. Meynardie
      JOHN A. MEYNARDIE
      Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

SO ORDERED this 15th day of March, 2007.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE